UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

NICOLE YUE,

    Plaintiff,                                  DEMAND FOR JURY TRIAL

 -vs-                                        Case No. 12-12617
                                                  Hon. Bernard A Friedman

GC SERVICES LIMITED PARTNERSHIP,  *et al.*

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL of GC SERVICES LIMITED PARTNERSHIP only WITH PREJUDICE

The Plaintiff dismisses all claims against GC SERVICES LIMITED PARTNERSHIP only with prejudice and without costs, sanctions, or attorneys fees.

                                                    Respectfully Submitted,

                                                    ADAM G. TAUB & ASSOCIATES
                                                    CONSUMER LAW GROUP, PLC

                By:    s/ Adam G. Taub_____
                          Adam G. Taub (P48703)
                          Attorney for Nicole Yue
                          18930 West Ten Mile Rd, Ste 2500
                          Southfield, MI 48075
                          (248) 746-3790
                          adamgtaub@clgplc.net

Dated: August 13, 2012